UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    RUBERT TILLIS JR  
    JOVONNA TILLIS  
        Debtor(s)

Case No. 11-41260

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/11/2011.

2) The plan was confirmed on 01/13/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/26/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/21/2012, 01/27/2014, 05/16/2014, 10/17/2014, 03/12/2015, 07/29/2015, 06/29/2016, 06/29/2016.

5) The case was completed on 11/28/2016.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,100.00.

10) Amount of unsecured claims discharged without payment: $77,977.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $34,070.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $34,070.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,404.13 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,404.13

Attorney fees paid and disclosed by debtor:    $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC INTERNATIONAL | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPITA | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| ADVENTISTS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,300.00 | 1,224.26 | 1,224.26 | 171.37 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 254.08 | 254.08 | 35.57 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 513.00 | 576.44 | 576.44 | 80.69 | 0.00 |
| CASHNETUSA.COM | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 349.28 | 349.28 | 48.89 | 0.00 |
| COMCAST | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 500.00 | 1,757.80 | 1,757.80 | 246.05 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Secured | 15,772.00 | 15,771.40 | 15,771.40 | 15,771.40 | 2,051.08 |
| CPS SECURITY | Unsecured | 1,486.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| DIATRICE MARTIN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DISH NETWORK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,127.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 1,272.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 6,000.00 | 329.21 | 329.21 | 329.21 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 0.00 | 3,793.31 | 3,793.31 | 3,793.31 | 0.00 |
| ILLINOIS HEART & VASCULAR | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 13,000.00 | 30,801.50 | 30,801.50 | 4,311.52 | 0.00 |
| INTEGRAL RECOVERIES | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 326.98 | 326.98 | 45.77 | 0.00 |
| KANE COUNTY CIRCUIT CLERK | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| LUCAS & APOSTOLOPOLOUS | Unsecured | 3,049.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| MONEY COMPANY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PARTNERS FINANCIAL SERVICES | Unsecured | 1,272.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,426.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,677.00 | NA | NA | 0.00 | 0.00 |
| PHARIA LLC | Unsecured | NA | 308.76 | 308.76 | 43.22 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 215.00 | 374.19 | 374.19 | 52.38 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 374.00 | 375.66 | 375.66 | 52.58 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 419.00 | 417.52 | 417.52 | 58.44 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Unsecured | 14,780.00 | 15,315.85 | 15,315.85 | 2,143.87 | 0.00 |
| REZIN ORTHOPEDIC CENTERS | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SBS FINANCIAL SERVICES INC | Unsecured | 2,591.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 791.00 | 782.39 | 782.39 | 109.52 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 595.00 | 375.00 | 375.00 | 52.49 | 0.00 |
| SIR FINANCE | Unsecured | 800.00 | 1,004.00 | 1,004.00 | 140.54 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,323.00 | 723.42 | 723.42 | 101.26 | 0.00 |
| T MOBILE USA | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 190.82 | 190.82 | 26.71 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $15,771.40 | $15,771.40 | $2,051.08 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,771.40** | **$15,771.40** | **$2,051.08** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $4,122.52 | $4,122.52 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,122.52** | **$4,122.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$55,157.95** | **$7,720.87** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,404.13 |
| Disbursements to Creditors | $29,665.87 |
| **TOTAL DISBURSEMENTS :** | **$34,070.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/03/2017        By: /s/ Glenn Stearns
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**